■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON RIVERA, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Reed, J.—burglary, second degree; grand larceny, fourth degree.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ DORIS ROWLAND et al., Appellants, v EXCHANGE MUTUAL INSURANCE COMPANY, Respondent.—Judgment and order unanimously affirmed without costs *(see, State Farm Fire & Cas. Co. v Wolford,* 116 AD2d 1011). (Appeal from judgment and order of Supreme Court, Jefferson County, Inglehart, J.—declaratory judgment.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES W. SHAFFER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—robbery, third degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY LEE SKYE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—attempted burglary, second degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIS KNIGHT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—robbery, first degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.